

Lujan, Elaine <elujan@nmag.gov>

# HSD motion for SJ - page limit for exhibits
3 messages

**Lujan, Elaine <elujan@nmag.gov>**            Wed, May 12, 2010 at 10:33 AM
To: Allegra Chapman <achapman@demos.org>, David H Urias <DHU@fbdlaw.com>, Mark Posner <mposner@lawyerscommittee.org>, Yolanda Sheffield <ysheffield@projectvote.org>
Cc: Adrian Terry <aterry@nmag.gov>, Scott Fuqua <SFuqua@nmag.gov>

Colleagues -

We intend on filing a motion for summary judgment on behalf of HSD. The exhibits we intend on filing in support of the motion equal 77 pages, which exceeds the 50 page limit for exhibits. The majority of the exhibits generally consist of portions of the transcript from Ted Roth's deposition and documents that you have already been provided with through discovery (i.e. the GI's, voter registration reports, etc.).

I assume that you are opposed to the motion, but we would like to gain your consent to file the 77 pages of exhibits. Please let us know if you are agreeable to this as soon as possible as we would like to file the motion today.

Thanks,
Elaine
--
Elaine P. Lujan
Assistant Attorney General
Civil Division
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
phone: (505) 827-6990
fax: (505) 827-6478
elujan@nmag.gov

CONFIDENTIALITY NOTICE: The information in this e-mail and in any attachment may contain information that is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify sender at the New Mexico Attorney General's Office and delete this message. Thank-you.

**Mark Posner <mposner@lawyerscommittee.org>**        Wed, May 12, 2010 at 12:07 PM
To: "Lujan, Elaine" <elujan@nmag.gov>, Allegra Chapman <achapman@demos.org>, David H Urias <DHU@fbdlaw.com>, Yolanda Sheffield <ysheffield@projectvote.org>, Bob Kengle <bkengle@lawyerscommittee.org>, Brian Maloney <bmaloney@lawyerscommittee.org>, "Kam, Laura" <Laura.Kam@dlapiper.com>
Cc: Adrian Terry <aterry@nmag.gov>, Scott Fuqua <SFuqua@nmag.gov>

Elaine,



We do not oppose your request to file 77 pages of exhibits, however, if the exhibits include any documents

which you should have provided to us previously through discovery but have not, then we reserve the right to move to strike them from consideration in connection with your motion.

Mark Posner

Senior Counsel

Lawyers' Committee for Civil Rights Under Law

1401 New York Avenue, NW

Suite 400

Washington, DC 20005

(202) 662-8389 (telephone)

(202) 628-2858 (fax)

The information contained in this message from the Lawyers' Committee for Civil Rights Under Law and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message.

**From:** Lujan, Elaine [mailto:elujan@nmag.gov]
**Sent:** Wednesday, May 12, 2010 12:34 PM
**To:** Allegra Chapman; David H Urias; Mark Posner; Yolanda Sheffield
**Cc:** Adrian Terry; Scott Fuqua
**Subject:** HSD motion for SJ - page limit for exhibits

[Quoted text hidden]

---

**Lujan, Elaine <elujan@nmag.gov>**									Wed, May 12, 2010 at 4:23 PM
To: Mark Posner <mposner@lawyerscommittee.org>

Okay, thanks for the quick response Mark. Our server has been down at work all day so we will likely file our motion tomorrow.

Elaine
[Quoted text hidden]

--
Sent from my mobile device
[Quoted text hidden]