

Lujan, Elaine <elujan@nmag.gov>

# Local Rule 10.5

3 messages

---

**Nicole Kovite <nkovite@projectvote.org>**   Wed, Jul 7, 2010 at 1:08 PM
To: Elaine Lujan <elujan@nmag.gov>

Elaine:

It looks like we will need to exceed the 50 page limit for exhibits to our response. I am writing pursuant to Local Rule 10.5 to see if you have any objection to us exceeding that limit. Please let me know.

Thanks!

--
Nicole Kovite
Director, Public Agency Voter Registration Program
Project Vote
737 ½ 8th Street SE
Washington, DC 20003
Tel  (202) 546-4173 Ext. 303
Fax (202) 543-3675
www.projectvote.org

P Consider the environment before printing this e-mail.

The information contained in this message from Project Vote and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing, or using this the information. Please contact the sender immediately by return e-mail and delete the original message.

---

**Lujan, Elaine <elujan@nmag.gov>**   Wed, Jul 7, 2010 at 2:11 PM
To: Nicole Kovite <nkovite@projectvote.org>

I don't have any objection.

Thanks,
Elaine
[Quoted text hidden]

--
Elaine P. Lujan
Assistant Attorney General
Civil Division
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
phone: (505) 827-6990
fax: (505) 827-6478
elujan@nmag.gov

CONFIDENTIALITY NOTICE: The information in this e-mail and in any attachment may contain information that

EXHIBIT 2

is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify sender at the New Mexico Attorney General's Office and delete this message. Thank-you.

**Nicole Kovite <nkovite@projectvote.org>**         Wed, Jul 7, 2010 at 2:25 PM
To: "Lujan, Elaine" <elujan@nmag.gov>

Thank you, Elaine.
[Quoted text hidden]