### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CELIA VALDEZ, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:09-cv-668 JCH/DJS |
| MARY HERRERA, *et al.*, | |
| Defendants. | |

### NOTICE TO COURT OF SETTLEMENT AGREEMENT
### REGARDING PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND LITIGATION
### EXPENSES AS TO DEFENDANTS RODRIQUEZ AND MICHAEL SANDOVAL

On July 1, 2010, Plaintiffs Cecelia Valdez, Graciela Grajeda, and Jesse Rodriguez, and

Defendants Mary Herrera, in her capacity as New Mexico Secretary of State ("SOS"), Dorothy

Rodriquez, in her capacity as Secretary of the New Mexico Taxation and Revenue Department

("TRD"), and Michael Sandoval, in his capacity as Director of the Motor Vehicle Division

("MVD"), entered into a settlement agreement resolving Plaintiffs' claims in this lawsuit

asserting violations of Section 5 of the National Voter Registration Act (NVRA), 42 U.S.C. §

1973gg-3.  [Doc. 84-1.][1]  Pursuant to section XI of the agreement, Plaintiffs are "entitled to

recover reasonable attorneys' fees and litigation expenses" from TRD, MVD, and the SOS, the

parties are required to "confer in good faith to resolve the amount and payment of attorneys' fees

and litigation expenses," and Plaintiffs' are entitled to file an application for attorneys' fees and

expenses if agreement is not reached.

---

[1] In June 2010, Dorothy Rodriquez replaced Rick Homans as the Secretary of the New Mexico
Taxation and Revenue Department. Pursuant to Rule 25(d) of the Federal Rules of Civil
Procedure, she has been automatically substituted as a party in this action.

This is to inform the Court that Plaintiffs and Defendants Rodriquez and Sandoval have reached agreement on payment of attorneys' fees and litigation expenses by TRD and MVD, and therefore Plaintiffs' claims against TRD and MVD are fully resolved.  Plaintiffs and Defendant Herrera have not reached agreement, and Plaintiffs will be filing an application for attorneys' fees and expenses as to Defendant Herrera.

Dated:  August  11, 2010

FOR DEFENDANTS RODRIGUEZ AND
MICHAEL SANDOVAL:

*s/Elaine Lujan*
Elaine Lujan
Assistant Attorneys General
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 827-6040
(505) 827-6478 FAX
Email: elujan@nmag.gov

FOR PLAINTIFFS:

Consented to by Mark A. Posner
Jon M. Greenbaum
Robert Kengle
Mark A. Posner
Brian Maloney
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W., Suite 400
Washington, DC 20005
Telephone: (202) 662-8389
Facsimile: (202) 628-2858
Email: jgreenbaum@lawyerscommittee.org
Email: bkengle@lawyerscommittee.org
Email: mposner@lawyerscommittee.org
Email: bmaloney@lawyerscommittee.org

Brenda Wright
Susan Gershon
DEMOS: A Network of Ideas and Action
358 Chestnut Hill Avenue, Suite 303

Brighton, MA 02135
Telephone: (617) 232-5885 Ext. 13
Facsimile: (617) 232-7251
Email: bwright@demos.org
Email: sgershon@demos.org

Allegra Chapman
220 Fifth Avenue, 5th Floor
New York, NY  10001
Telephone:  212 419-8772
Facsimile:  212 633-2015
Email: achapman@demos.org

Nicole Kovite
Niyati Shah
Project Vote
737 ½ 8th Street SE
Washington, DC 20003
Telephone: (202) 543-4173 Ext. 303
Facsimile:  (202) 543-3675
Email: nkovite@projectvote.org
Email: nshah@projectvote.org

John W. Boyd
David Urias
Freedman Boyd Hollander Goldberg & Ives,
P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone: (505) 842-9960
Facsimile:  (505) 842-0761
Email: jwb@fbdlaw.com
Email: skb@fbdlaw.com

Cynthia A. Ricketts
Laura M. Kam
DLA Piper LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone:  (480) 606-5118
Facsimile:  (480) 606-5512
Email: cindy.ricketts@dlapiper.com
Email: laura.kam@dlapiper.com

3

Arthur  Z. Schwartz
Advocates for Justice and Reform Now, PC
Schwartz, Lichten and Bright, Of Counsel
275 Seventh Avenue, Suite 1760
New York, NY  10001
Telephone: (212) 228-6320
Facsimile: (212) 358-1353
Email: districtleader@msn.com